Case 5:23-cv-00116-FB   Document 37   Filed 02/25/25   Page 1 of 5

FILED
February 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BT_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ALAMO FIREWORKS, INC.** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 5:23-CV-00116-FB |
| **LANDSTAR RANGER, INC.** | § § § | |
| Defendant. | § | |

## ALAMO FIREWORKS, INC.'S FIRST AMENDED COMPLAINT

Plaintiff ALAMO FIREWORKS, INC., ("Alamo Fireworks"), files this its First Amended Complaint against Defendant LANDSTAR RANGER, INC., ("Landstar Ranger"), and alleges as follows:

### I.
### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1337(a) and 49 U.S.C. § 14706 (the Carmack Amendment) because this action arises from the loss of goods during interstate transportation.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in San Antonio, Texas, within the jurisdiction of this Court.

### II.
### PARTIES

3. Plaintiff Alamo Fireworks, Inc. is a Texas corporation with its principal place of business in San Antonio, Bexar County, Texas.

4. Defendant Landstar Ranger, Inc. is a Delaware corporation authorized to conduct business in Texas. It may be served through its registered agent, CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, TX 75201.

## III.
## FACTUAL BACKGROUND

5. On June 29, 2022, Plaintiff contracted with Defendant to transport a shipment of fireworks from Plaintiff's San Antonio warehouse to its Hutchins, Texas location. The agreed-upon freight charge was $1,750.00.

6. A bill of lading was executed on June 30, 2022, documenting the shipment of twenty-four (24) pallets of fireworks in good condition. The shipment originated in San Antonio and was to be delivered to Alamo Fireworks' employee David Johnson in Hutchins.

7. Defendant subcontracted the transportation to A1 Brothers Logistics, LLC ("A1 Brothers"), which assigned Marcus James Clark as the driver. On June 30, 2022, A1 Brothers took possession of the shipment in good condition and departed for Hutchins.

8. On or about July 1, 2022, the driver left the trailer unattended in a commercial parking lot in The Colony, Texas, 37 miles from its destination, while he attended to personal matters. The trailer and its contents were stolen during this time.

9. Plaintiff promptly filed a police report with The Colony Police Department and submitted a claim with Defendant's Risk Management Claims Services, Inc., reporting the value of the stolen fireworks as $509,494.79.

10. Defendant refused to pay the claim, stating that it would not compensate Plaintiff until it recovered from A1 Brothers, despite Defendant's contractual and statutory obligation as the carrier under the Carmack Amendment.

## IV.
## CAUSE OF ACTION

### Carmack Amendment Claim (49 U.S.C. § 14706)

11. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

12. Defendant, as the carrier under the Carmack Amendment, is liable for the loss of the shipment caused during transportation.

13. Plaintiff delivered the shipment to Defendant in good condition, as documented in the bill of lading.

14. The shipment was stolen while in Defendant's possession and was never delivered to its intended destination.

15. The total value of the stolen shipment, as documented, is $509,494.79. However, Plaintiff recognizes that Defendant's liability for the cargo at issue is limited to $42,030.48 as under the bill of lading.

16. Defendant's failure to deliver the shipment in accordance with its obligations under the Carmack Amendment caused Plaintiff to suffer actual damages and Plaintiff seeks to recover $42,030.48 for Defendant's failure to deliver the shipment in accordance with its obligations under the Carmack Amendment.

## V.
## JURY DEMAND

17. Plaintiff demands a trial by jury on all issues triable as of right.

## VII.
## PRAYER

18. WHEREFORE, Plaintiff Alamo Fireworks, Inc. respectfully requests that the Court enter judgment against Defendant Landstar Ranger, Inc. for the following relief:

1. Actual damages in the amount of $42,030.48;

2. Pre- and post-judgment interest as allowed by law; and

3. Such other and further relief to which Plaintiff may be justly entitled.

Dated: February 4, 2025

Respectfully submitted,

**GONZALEZ, CHISCANO, ANGULO & KASSON, P.C.**
9601 McAllister Freeway, Suite 401
San Antonio, Texas 78216
Telephone: (210) 569-8500
Facsimile: (210) 569-8490

By: */s/ Steve A. Chiscano*
STEVE A. CHISCANO
State Bar No. 24001882
schiscano@gcaklaw.com
NADEEN ABOU-HOSSA
State Bar No. 24115449
nabouhossa@gcaklaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 4th day of February 2025, a true and correct copy of the foregoing was forwarded via CM/ECF, e-mail, facsimile, hand delivery via overnight delivery and/or certified mail return receipt requested to:

Eric R. Benton
Mayer, LLP
2900 North Loop West, Suite 500
Houston, Texas 77092

                                        */s/ Steve A. Chiscano*
                                        STEVE A. CHISCANO